UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO BENITEZ, | Case No. CV 17-3129-RSWL (KK) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN SPEARMAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

Dated: 12/13/2017                    s/ RONALD S.W. LEW
                                     HONORABLE RONALD S. W. LEW
                                     United States District Judge