JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO BENITEZ,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN SPEARMAN,<br><br>　　　　　Respondent. | Case No. CV 17-3129-RSWL (KK)<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 12/13/2017　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　HONORABLE RONALD S. W. LEW
　　　　　　　　　　　　　　　　United States District Judge